Order entered November 7, 2019



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01048-CV

### IN THE INTEREST OF G. S., A CHILD

**On Appeal from the 439th Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-18-0347**

## ORDER

By order dated October 23, 2019, we informed appellant the time for filing her brief had expired and ordered appellant to file her brief and an extension motion within ten days. We cautioned appellant that failure to do so might result in an order for the trial court to conduct a hearing to determine why appellant's brief has not been filed and to take such measures as may be necessary to assure effective representation, including appointment of new counsel. To date, appellant has not filed her brief, filed an extension motion, or otherwise corresponded with the Court concerning her brief.

Accordingly, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal. If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. The trial court is **ORDERED** to take such measures as may be

necessary to assure effective representation, which may include the appointment of new counsel. We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **FIFTEEN DAYS** of the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated fifteen days from the date of this order or when the findings are received, whichever is earlier.

/s/     BILL WHITEHILL
          JUSTICE